Others against PAUL J. KERN and Others. In the Matter of the Application of JOHN BRAITHWAITE and Others against PAUL J. KERN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *ante*, pp. 791, 795.]

In the Matter of the Construction of the Will of HENRY EVANS, Deceased.— Reargument ordered for January 2d, 1940. [See *post*, p. 1037.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

## (December 15, 1939.)

B. T. B. HOLDING CORP., Appellant, v. TREMONT MAPES CORP., Respondent, and Others, Impleaded with Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of FREDERICK W. MEYER, Respondent, v. DRY DOCK & CORLEARS PARK PROPERTIES, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of FREDERICK W. MEYER, Respondent, v. DRY DOCK & CORLEARS PARK PROPERTIES, INC., Appellant.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHNNIE WALKER, Respondent, v. J. LOUIS REYNOLDS, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MOTORS REALTY CORPORATION, Appellant, v. GENERAL AUTOMATIC LOCK NUT SALES CORPORATION, Defendant, Impleaded with GENERAL AUTOMATIC LOCK NUT CORPORATION, Respondent.— Order, so far as appealed from, unanimously modified by denying the motion that the complaint be made more definite and certain, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ANNA B. KRAUSE, Suing for Herself as Stockholder, and All Other Stockholders of the LEGGETT HOLDING CORP., in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. LEGGETT HOLDING CORP., and BERNARD KRAUSE, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

VITALY UZOFF, an Infant, by VICTOR UZOFF, His Guardian ad Litem, and VICTOR UZOFF, Appellants, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GUSSIE ROHRS, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HAROLD DEIGHTON, Appellant, v. HARRY E. LEWIS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.